KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
JOHN GREGG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN GREGG,<br><br>Defendant. | CASE NO. CR F-09-00257 AWI<br><br>STIPULATION TO ADVANCE SENTENCING DATE TO OCTOBER 5, 2009 AND ORDER APPROVING NEW DATE<br><br>CURRENT DATE: 10/26/09<br> **NEW DATE: 10/5/09** at 9:00 a.m. |

It is hereby stipulated by and between counsel for the government and counsel for defendant that the sentencing of JOHN GREGG be advanced from October 26, 2009 to October 5, 2009 as there are no objections to the recommendation in the Presentence Report.

DATED: 9/24/09         /s/Katherine Hart
                       KATHERINE HART, Attorney for
                       JOHN GREGG

DATED: 9/24/09         /s/David Gappa
                       DAVID GAPPA, Assistant U.S.
                       Attorney

# ORDER

Counsel having stipulated to advance the sentencing to October 5, 2009 and there being no objections to the Presentence Report, it is hereby ordered that the sentencing previously set for October 26, 2009 be advanced to October 5, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   September 24, 2009**                           **/s/ Anthony W. Ishii**
                                                                          CHIEF UNITED STATES DISTRICT JUDGE

2